IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MICHELE HARRIS | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 07-453-SLR |
| | ) | |
| WILMINGTON TRUST CORPORATION, | ) | Jury Trial Demanded |
| | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF SERVICE

I, Sheldon N. Sandler, Esquire, hereby certify that on September 6, 2007, copies of

**Defendant's Initial Disclosures Pursuant To Federal Rule of Civil Procedure 26(a)** were

served by First Class U.S. mail upon the following counsel of record:

    Herbert W. Mondros, Esquire
    Margolis Edelstein
    750 South Madison Street
    Sutie 102
    Wilmington, DE 19801

        YOUNG CONAWAY STARGATT & TAYLOR, LLP

        *s/ Sheldon N. Sandler*
        Sheldon N. Sandler, Esquire (No. 245)
        The Brandywine Building, 17th Floor
        1000 West Street
        P.O. Box 391, Wilmington, Delaware  19899-0391
        Telephone: (302) 571-6673
        Facsimile: (302) 576-3330
        Email:  ssandler@ycst.com
        Attorneys for Defendant

DATED:  September 6, 2007