IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MICHELE HARRIS | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No.: 07-453 (SLR) |
| | ) | |
| v. | ) | JURY TRIAL DEMANDED |
| | ) | |
| WILMINGTON TRUST | ) | |
| CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |

### MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission pro hac vice of Michael DiChiara to represent Michele Harris in this matter.

Signed: _____

Herbert W. Mondros (Del. Bar I.D. No. 3308)
750 South Madison Street, Suite 102
Wilmington, DE 19801
(302) 888-1112

Attorney for: Michele Harris

Date: 9-12-07

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date: _____     _____
                          United States District Judge

### CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of New York and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for nay alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective1/1/05, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☒ to the Clerk's Office upon the filing of this motion.

Signed: _____

Date: 9-11-07

Michael DiChiara
Joseph & Herzfeld, LLP
757 Third Avenue
25th Floor
New York, NY 10017
(212) 688-5640 phone