IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MICHELE HARRIS | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No.: 07-453 SLR |
| | ) | |
| v. | ) | JURY TRIAL DEMANDED |
| | ) | |
| WILMINGTON TRUST CORPORATION, | ) ) | |
| | ) | |
| Defendant. | ) | |

### NOTICE OF SERVICE

This is to certify that on this 2nd day of October, 2007, a copy of the foregoing was sent via facsimile and via first-class mail, postage prepaid, to:

Sheldon Sandler, Esq.
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391

MARGOLIS EDELSTEIN

_____
Herbert W. Mondros, Esquire (Del. I.D. No. 3308)
750 South Madison Street, Suite 102
Wilmington, DE 19801
(302) 888-1112
Attorneys for Plaintiff
Michele Harris

Dated: October 2, 2007

7