IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MICHELE HARRIS, <br><br> Plaintiff, <br><br> v. <br><br> WILMINGTON TRUST CORPORATION, <br><br> Defendant. | ) <br> ) <br> ) C.A. No.: 07-453 (SLR) <br> ) <br> ) JURY TRIAL DEMANDED <br> ) <br> ) <br> ) <br> ) <br> ) |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission pro hac vice of Michael Palmer to represent Michele Harris in this matter.

Signed: _/s/ illegible signature_

Herbert W. Mondros (Del. Bar I.D. No. 3308)
750 South Madison Street, Suite 102
Wilmington, DE 19801
(302) 888-1112

Attorney for: Michele Harris

Date: 11/28/07

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date: _____    _____
                                United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of New York and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for nay alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☒ to the Clerk's Office upon the filing of this motion.

Signed: _/s/ illegible signature_

Date: 11/28/07

Michael Palmer
Joseph & Herzfeld, LLP
757 Third Avenue
25th Floor
New York, NY 10017
(212) 688-5640 phone