IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MICHELE HARRIS ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 07-453-SLR |
| ) | |
| WILMINGTON TRUST ) | Jury Trial Demanded |
| CORPORATION ) | |
| ) | |
| Defendant. ) | |

**<u>STIPULATION OF DISMISSAL</u>**

THE PARTIES HERETO STIPULATE AND AGREE that this action is hereby dismissed with prejudice, with each party to bear her or its own costs and attorneys' fees.

      /s/ Herbert W. Mondros
      Herbert W. Mondros, Esquire (DE #3308)
      Margolis Edelstein
      750 South Madison Street, Suite 102
      Wilmington, DE  19801
      Attorneys for Plaintiff

      /s/ Sheldon N. Sandler
      Sheldon N. Sandler (DE. #245)
      YOUNG CONAWAY STARGATT & TAYLOR, LLP
      The Brandywine Building, 17th Floor
      1000 West Street, P.O. Box 391
      Wilmington, Delaware 19899-0391
      Telephone: (302) 571-6673
      Facsimile: (302) 576-3330
      Email:  ssandler@ycst.com
      Attorneys for Defendant

DATED:   December 28, 2007